**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

                                  RE:    **Nicholas A. STANLEY
                                                Docket Number:  2:05CR00033-05
                                                REQUEST TO RELEASE INFORMATION**

Your Honor:

On June 8, 2006, Mr. Stanley was sentenced subsequent to his guilty plea to a violation of 21 USC 844(a) - Possession of a Controlled Substance, a Class A misdemeanor. He was placed on two years probation, ordered to pay a $1,000 fine and a $25.00 special assessment. Special conditions include: Warrantless search, access to financial information, participate in correctional treatment, drug testing, mental health treatment, and a co-payment plan. I have supervised him since he was placed on probation.

On September 29, 2006, Patrick Peralta of the Family Court Services, Superior Court of California, County of Sacramento, telephoned and requested information regarding Mr. Stanley. Mr. Stanley and his former girlfriend, Jennifer Wedel, have an open case in Sacramento County (06FL05969) regarding the custody of their minor daughter. Ms. Wedel left the state several months ago and is apparently now seeking to reunite with her daughter. Mr. Peralta has requested information regarding Mr. Stanley's federal offense, probation requirements, drug testing results, and a probation officer's progress report. He indicates this information is for the Superior Court Judge who will determine which parent is best suited for custody of this minor child. Mr. Stanley does not oppose the County's request. It is my intention to author a brief progress report answering all of his questions, including the fact that Mr. Stanley is drug tested, has provided no positive drug samples, and that he has been placed in mental health counseling.

The Court's permission is respectfully requested in order to release the mental health and drug treatment records. It does not appear that these records can be obtained from anyone but our agency and the federal contractors. At this point, however, it appears that

**RE:    Nicholas A. STANLEY**
       **Docket Number:   2:05CR00033-05**
       **REQUEST TO RELEASE INFORMATION**

a letter from me is adequate. If in the future should the mediator request more information, he can seek it, in limited form, from the federal aftercare contractors themselves.

Respectfully submitted,

/s/Lori L. Koehnen
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:   October 3, 2006
         Sacramento, California
         LLK/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

_____

__X__   Release the information requested by Sacramento County Superior Court, Family Court Services Division.

____    Do not release the requested information.

____    U.S. Probation Officer is requested to contact the Court.

Dated: 10/6/2006

DAVID F. LEVI
Chief United States District Judge

**RE:     Nicholas  A. STANLEY
          Docket Number:   2:05CR00033-05
          REQUEST TO RELEASE INFORMATION**

_____                    _____