PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:05CR00033-05** |
| | ) | |
| **NICHOLAS STANLEY** | ) | |
| | ) | |

On June 8, 2006, the above-named was placed on probation for a period of 24 months.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*/s/ Lori L. Koehnen*

**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:        August 28, 2007
                Sacramento, California
                LLK/cp/tdl

**REVIEWED BY:**      */s/ Kyriacos M. Simonidis*
                **KYRIACOS M. SIMONIDIS**
                **Supervising United States Probation Officer**

**Re:   Nicholas STANLEY**
      **Docket Number:   2:05CR00033-05**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 September 7, 2007                                                                    
**Date**                                            **D. LOWELL JENSEN**
                                                    **Sr. United States District Judge**

LLK/cp/tdl
Attachment:    Recommendation
cc:      United States Attorney's Office

**RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | )   **Docket Number:**  2:05CR00033-05 |
| | ) |
| **NICHOLAS STANLEY** | ) |
| | ) |

**LEGAL HISTORY:**

On June 8, 2006,  the above-named was placed on probation for a period of 24 months. Special conditions included a requirement for Warrantless search; Financial disclosure; Participation in drug/alcohol treatment program; Participation in drug/alcohol testing; Participation in mental health treatment; and Aftercare co-payment.

**SUMMARY OF COMPLIANCE:**

Nicholas Stanley has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Stanley has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

*/s/ Lori L. Koehnen*

**LORI L. KOEHNEN
Senior United States Probation Officer**

Dated:        August 27, 2007
              Sacramento, California

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

Re:   **Nicholas STANLEY**
      **Docket Number:   2:05CR00033-05**
      **RECOMMENDATION TERMINATING**
      <u>**PROBATION PRIOR TO EXPIRATION DATE**</u>


      LLK/cp/tdl


**REVIEWED BY:**      <u>*/s/ Kyriacos M. Simonis*</u>
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**


cc:   AUSA   (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no
      objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order
      Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG